OPINION — AG — IT IS, THEREFORE, THE OPINION OF THE ATTORNEY GENERAL THAT IN REGARD TO PAPERS FILED UNDER THE CATEGORY OF STATUTES, THE COUNTY CLERK IS UNDER A DUTY TO RECORD ORIGINALS ONLY. CITE: 2 O.S. 1961 817.1 [2-817.1], 12 O.S. 1961 486 [12-486], 12 O.S. 1961 483 [12-483], 12 O.S. 1961 181 [12-181], 16 O.S. 1961 27 [16-27](A), 67 O.S. 1961 61 [67-61], 16 O.S. 1961 15 [16-15], 16 O.S. 1963 Supp., 74 [16-74], 16 O.S. 1963 Supp., 75 [16-75] [16-75], 12 O.S. 1961 262 [12-262], 2 O.S. 1961 334 [2-334] [2-334], 67 O.S. 1961 67 [67-67] (HUGH COLLUM)